# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0845. GRESHAM v. PHILLIPS.

This case was docketed on January 11, 2024, and the Appellant's brief and enumerations of error were due on January 31, 2024.[1] As of today, the Appellant has failed to timely file a brief, and we hereby **DISMISS** the appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta, 02/13/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] See Court of Appeals Rule 23 (a).